IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **15-cv-00674-AP**
  Bankruptcy Case No.  14-14536-SBB
  Adversary Case No. 15-01507-SBB

**In Re: LU ANN RATZLAFF CRAIG,**

  Debtor.
_____

**DOUGLAS E. LARSON, Chapter 7 Trustee**,

  Plaintiff-Appellee,

v.

**SWIFT ROCK FINANCIAL, INC.,**
**ORION PROCESSING, LLC**,

  Defendants,

**GLOBAL CLIENT SOLUTIONS, LLC**,

  Defendant-Appellant.
_____

ORDER
_____

KANE, J.

Under the Court's local rules of practice, D.C.COLO.LAPR 1.1. *et seq.*, the AP judge manages an administrative appeal through briefing, after which it is returned to the Clerk's Office to be drawn to a judge like any other civil case under D.C.COLO.LCiv.R 40.1. *See* Untangling Federal Administrative Appeals Practice in the District of Colorado,

42 Colo. Law. 31 (March 2013).[1] I find the issues raised in Appellant's Motion to Stay Bankruptcy Adversary Proceeding (Doc. 15) to be sufficiently intertwined with the merits of the underlying controversy to suggest the AP judge refrain from resolving them to avoid binding the merits judge to a ruling which he or she may view differently.

For the foregoing reasons, this case is REMITTED to the Clerk for immediate random assignment to a merits judge under D.C.COLO.LCiv.R 40.1. The parties are reminded that the case remains an administrative appeal under the Court's Local Appellate (LAP) Rules and that briefing and other pre-merits procedures remain governed by the LAP Rules and the operative Joint Case Management Plan.

Dated: July 31, 2015.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE

---

[1] Available on the Court's website at http://www.cod.uscourts.gov/Portals/0/Documents/Judges/JLK/jlk_CH-KR-AP-docket-article-03-2013-Colo-Lawyer.pdf.