**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00674-REB-AP
(Bankruptcy Case No. 14-14536-SBB - Chapter 7)

In re: LU ANN RATZLAFF CRAIG,

    Debtor.

Adversary No. 14-01507-SBB

DOUGLAS E. LARSON, Chapter 7 Trustee,

    Plaintiff - Appellee,

v.

SWIFT ROCK FINANCIAL, INC., d/b/a WORLD LAW GROUP, d/b/a WORLD LAW DEBT;
ORION PROCESSING, LLC, d/b/a WORLD LAW PROCESSING,

    Defendants,

GLOBAL CLIENT SOLUTIONS, LLC,

    Defendant-Appellant.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Affirming the Order of the United States Bankruptcy Court** [#29] entered by Judge Robert E. Blackburn on December 10, 2015, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the order of the bankruptcy court denying the motion to compel arbitration filed by defendant Global Client Solutions, LLC, *see* **Oral Ruling Regarding the Defendant Global Client Solutions, LLC's Motion to Compel Arbitration under the**

**Federal Arbitration Act and Alternative Motion to Dismiss the Adversary Complaint Filed November 13, 2014 (Docket #7 and #8) and Plaintiff's Response Filed December 5, 2014 (Docket #13)** [#5-2], CM/ECF pp. 51 - 61, as supplemented in the **Order Certifying Global Client Solutions, LLC's Appeal as Frivolous and Denying Motion To Stay Adversary Proceeding** [#18], is affirmed;

      2.  That **Appellant Global Client Solutions, LLC's Motion to Stay Bankruptcy Adversary Proceeding Pending Appeal of the Order Denying Motion to Compel Arbitration and Request for an Expedited Brief Schedule** [#15] and **Appellant Global Client Solutions, LLC Motion for [Telephonic] Oral Argument on its Motion to Stay Bankruptcy Adversary Proceeding Pending Appeal** [#28] are denied as moot.

      DATED at Denver, Colorado, this 11th day of December, 2015.

                                FOR THE COURT:

                                Jeffrey P. Colwell, Clerk

                                By: s/ Kathleen Finney
                                     Kathleen Finney
                                     Deputy Clerk